[No. 2228–2. Division Two. May 31, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM K. BOUTIETTE, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 47979, William L. Brown, Jr., J., entered December 30, 1975. *Affirmed* by unpublished opinion per

Johnson, J. Pro Tem., concurred in by Petrie, C.J., and Reed, J.